IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| ADRIAN THOMAS, #N95415 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-1122 |
| | ) | |
| JOHN BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSE TO PLAINTIFF'S COMPLAINT**

Now Come Defendants, JAMES BLACKARD, and TODD PUNKE, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their Answer and Affirmative Defenses to Plaintiff's Complaint (Doc. 1), state as follows:

**STATEMENT OF CLAIM[1]**

Plaintiff alleges that he was housed in a cell at Pontiac Correctional Center that had no hot water, a mattress that smelled like feces, urine, and mildew, a bunk bed with feces and hundreds of dead flies for approximately two months. Plaintiff alleges that his requests for cleaning supplies went unanswered, and that he later developed a rash on his back. Plaintiff alleges the lack of hot water in his cell prevented him from following instructions from medical staff to treat his rash.

**ANSWER: Based on Plaintiff's Living Unit History, Defendants admit the Plaintiff was housed at Pontiac Correctional Center ("Pontiac") from September 15, 2017, to December 20, 2017. Based on Plaintiff's medical records, Defendants admit Plaintiff received medical treatment for medical conditions during his confinement at Pontiac. Defendants deny any wrongdoing. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained within this paragraph.**

---

[1] Pursuant to local rule 16.3, *CDIL-LR 16.3,* the claims and issues will be limited to those identified in the merit review order. (Doc. 6)

## REQUESTED RELIEF

Defendant denies the Plaintiff is entitled to any relief whatsoever.

## JURY DEMAND

Defendant demands trial by jury.

## AFFIRMATIVE DEFENSE

**1.      Qualified Immunity**

At all times relevant to Plaintiff's claims, the Defendants acted in good faith in the performance of their official duties without violating clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

Respectfully submitted,

JAMES BLACKARD, and TODD PUNKE

Defendants,

| | |
|---|---|
| Joseph E. Okon, #6324434 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendants, |
| Springfield, Illinois  62701 | |
| (217) 782-2077 Phone | By:  s/Joseph E. Okon |
| (217) 524-5091 Fax | JOSEPH E. OKON |
| jokon@atg.state.il.us | Assistant Attorney General |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| ADRIAN THOMAS, #N95415 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 18-1122 |
| | ) |
| JOHN BALDWIN, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, the foregoing document, *Defendants' Answer and Affirmative Defense to Plaintiff's Complaint*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

Adrian Thomas, #N95415
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 1000
Menard, IL 62259

Respectfully submitted,

   s/Joseph E. Okon
Joseph E. Okon, #6324434
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-2077 Phone
(217) 524-5091 Fax
Email:  jokon@atg.state.il.us